**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1515**

---

SILVIA CAROLINA HERNANDEZ RIVAS,

        Petitioner,

    v.

PAMELA JO BONDI, Attorney General,

        Respondent.

---

On Petition for Review of an Order of the Board of Immigration Appeals.

---

Submitted:  March 20, 2025                Decided:  April 23, 2025

---

Before KING and GREGORY, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

**ON BRIEF:** Eric H. Kirchman, Rockville, Maryland, for Petitioner.  Brian Boynton, Principal Deputy Assistant Attorney General, Jessica E. Burns, Senior Litigation Counsel, Anthony J. Nardi, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Silvia Carolina Hernandez Rivas, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals dismissing her appeal from the Immigration Judge's denial of her applications for asylum and withholding of removal. We have reviewed the record and Hernandez Rivas's claims and conclude that the evidence does not compel a ruling contrary to any of the administrative factual findings, *see* 8 U.S.C. § 1252(b)(4)(B), and that substantial evidence supports the denial of relief, *see INS v. Elias-Zacarias*, 502 U.S. 478, 481 (1992). Accordingly, we deny the petition for review. *In re Hernandez Rivas* (B.I.A. May 6, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*
